| AO 10<br>Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>NEWMAN, PAULINE | 2. Court or Organization<br><br>U.S. Ct. of Ap. for Fed. Cir. | 3. Date of Report<br><br>05/13/2011 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>717 Madison Place, N.W.<br>Washington, D.C. 20439 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory & Review Committee | Advanced Science & Technology Adjudication Project |
| 2. | Advisory Committee | George Mason Univ. School of Law, Law & Economics Center |
| 3. | Trustee | Trusts (Trust #1, Trust #2) |
| 4. | Advisory Committee | Global Innovation Forum |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Newman, Pauline**

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, PAULINE | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2010 | Pension, FMC Corporation, earned before entry on duty | $35,100.00 |
| 2. 2010 | Royalty, Thomson Reuters Publishing Company, textbook | $2,016.35 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association - 88th Annual Conference | March 26, 2010 | New York, New York | Annual Conference | Lodging and Food. |
| 2. | Fordham 18th Annual Conference on Intellectual Property Law and Policy | April 7 - 9, 2010 | New York, New York | Conference | Lodging and Food |
| 3. | 26th Annual Joint Patent Practice Seminar | April 29, 2010 | New York, New York | Seminar | Lodging and Food |
| 4. | New Jersey Intellectual Property Law Association | June 4, 2010 | Short Hills, New Jersey | Conference | Lodging and Food |
| 5. | ASTAR Genetics Conference | June 14 - 16, 2010 | Bethesda, Maryland | Conference | Lodging and Food |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, PAULINE | 05/13/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Federal Circuit Bench and Bar Association Conference | June 22 - 25, 2010 | Colorado Springs, Colorado | Conference | Travel, Lodging and Food |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, PAULINE | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, PAULINE | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. T.Rowe Price Mut.Funds (New Horizon; Div. Gr. Sci&Tech.Fund) | A | Dividend | K | T | | | | | |
| 2. PNC Bank Accounts | B | Interest | N | T | | | | | |
| 3. First Trust Municipal Bond Fund (Oppenheimer) | B | Interest | K | T | | | | | |
| 4. First Trust Municipal Bond Fund (Oppenheimer) | B | Interest | J | T | | | | | |
| 5. American Century Growth Mutual Fund | A | Dividend | L | T | | | | | |
| 6. Oppenheimer Municipal Bond Fund | C | Interest | L | T | | | | | |
| 7. American Capital Bond Fund (Trust #2) | A | Dividend | J | T | | | | | |
| 8. Corporate High Yield Mutual Bond Fund (Merrill Lynch) | B | Dividend | K | T | Donated | | | | |
| 9. Bedford Money Market Portfolio | A | Dividend | J | T | | | | | |
| 10. Invesco Health Sci. Mut. Fd. (now AIM Health Sci. Mut. Fd.) | A | Dividend | K | T | Donated | | | | |
| 11. Oklahoma Gas & Electric Co. (Common) (Trust #1) | A | Dividend | J | T | | | | | |
| 12. Remington Oil & Gas Corp. (Trust #1) | A | None | J | T | | | | | |
| 13. American Century Select Mutual Fund | A | Dividend | L | T | | | | | |
| 14. Putnam Europe Mutual Rund | B | Dividend | L | T | | | | | |
| 15. Franklin NY Mutual Fund | A | Dividend | K | T | | | | | |
| 16. Putnam Health Science Mutual Fund | B | Dividend | L | T | | | | | |
| 17. Nasdaq 100 Trust | A | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, PAULINE | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Eagle Global Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, PAULINE | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PAULINE NEWMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544